United States District Court
Southern District of Texas
**ENTERED**
August 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM WALKER, Individually and on Behalf of Others Similarly Situated, | Case No.: 4:22-cv-02581 |
| v. | Jury Trial Demanded |
| MARATHON OIL COMPANY | |

## ORDER

Pursuant to Plaintiff's Rule 41(a)(1)(A)(i) Dismissal without Prejudice, this case is DISMISSED WITHOUT PREJUDICE.

DATE: __August 15__, 2022



UNITED STATES DISTRICT JUDGE